**Order entered July 15, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00469-CV

## IN THE INTEREST OF D.T.S., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-03-1889-R**

## ORDER

We **GRANT** appellant's July 13, 2014 motion to extend time to file brief and **ORDER** the brief be filed no later than July 30, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE